

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**CAROLYN K. DEPOIAN**
*Senior Counsel*
Phone: 212-356-2358
cdepoian@law.nyc.gov

April 1, 2026

BY ECF
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
April 2, 2026

Re: *Balanta v. City,* 24 CV 5434 (RA)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel for the City of New York, in the above-referenced matter. Defendants City of New York, Jacob Spring, and Mia Martin write to request an enlargement of time, from April 1, 2026 until May 1, 2026, to submit their pre-motion conference letter.  Plaintiff consents to this request.

On November 11, 2025, the Court granted plaintiff leave to file an amended complaint and ordered that Defendants' pre-motion conference letter regarding their anticipated Rule 56 motion shall be due 21 days after Defendants' response to the amended complaint. See Docket at 25.  The Defendants' has all filed their answers to the amended complaint by March 11, 2026, making Defendants' pre-motion conference letter due today.

This enlargement is requested because the undersigned requires additional time to prepare this letter due to pressing commitments in other matters.  The parties have also briefly discussed the potential for settlement of this matter.  The parties intend to revisit settlement discussions at this stage, before expending more time and expense on this case.

Defendants therefore request an enlargement of time, from April 1, 2026 until May 1, 2026, to submit their pre-motion conference letter.

The parties thank the court for its consideration of this matter.

Respectfully Submitted,


/s/ *Carolyn K. Depoian*

Carolyn K. Depoian
*Senior Counsel*